# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00088-MR-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>ALEX DEAN NELSON, )<br>)<br>Defendant. )<br>_____ )<br>)<br>IN RE: PETITION OF JOY NELSON )<br>BROOKS. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Strike Claim [Doc. 22].

On December 17, 2012, the Government filed a motion to strike the claim of Joy Nelson Brooks because the claim was not signed under penalty of perjury. [Doc. 22]. On December 20, 2012, the Court entered an Order directing Ms. Brooks to file an amended petition within thirty (30) days. [Doc. 23]. Ms. Brooks filed an Amended Petition, signed under

penalty of perjury, on January 2, 2013. [Doc. 24]. Accordingly, the Government's Motion to Strike Claim [Doc. 22] has been rendered moot.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Strike Claim [Doc. 22] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: January 24, 2013

Martin Reidinger
United States District Judge